NOT FINAL UNTIL TIME EXPIRES TO FILE REHEARING
MOTION AND, IF FILED, DETERMINED

IN THE DISTRICT COURT OF APPEAL

OF FLORIDA

SECOND DISTRICT

VICTOR RIVERA, MILAGROS ROSAS, )
and ROSA RAMOS, )
                              )
           Appellants, )
                              )
v.                            )    Case No. 2D18-27
                              )
SECURITY FIRST INSURANCE )
COMPANY, )
                              )
           Appellee. )
_____ )

Opinion filed May 24, 2019.

Appeal from the Circuit Court for
Hillsborough County; Rex M. Barbas,
Judge.

Melissa A. Giasi of Sivyer Barlow &
Watson, P.A., Tampa, for Appellants.

Anthony J. Russo and Mihaela Cabulea
of Butler Weihmuller Katz Craig LLP,
Tampa, for Appellee.

PER CURIAM.

        Affirmed.

NORTHCUTT, SILBERMAN, and BADALAMENTI, JJ., Concur.